UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DALE SCHEXNAIDER | CIVIL ACTION NO. 07-0763 |
| VS. | SECTION P |
| TIM WILKINSON | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED AND DISMISSED ~~WITH~~ *WITHOUT* PREJUDICE as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 13th day of August, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE